**Order entered August 4, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00992-CV

### IN THE INTEREST OF M.M. AND M.M., CHILDREN

**On Appeal from the 470th Judicial District Court
Collin County, Texas
Trial Court Cause No. 470-57144-2018**

## ORDER

Before the Court is appellee's August 3, 2022 unopposed second motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **August 22, 2022**. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE